# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **VICTOR S. PACHECO,**<br>    Plaintiff,<br><br>    v.<br><br>**XAVIER BECERRA, IN HIS OFFICIAL CAPACITY, AS THE SECRETARY OF THE U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,**<br>    Defendant. | **Civil No. 3:23-CV-01279 (ADC)** |

## **JUDGMENT**

The Court, through the Honorable Aida M. Delgado-Colón, U.S. District Judge, issued an Order on September 30, 2024, at docket 21.

Therefore, pursuant to the Court's Order, Judgment is hereby DISMISSING this case WITH PREJUDICE.

**IT IS SO ORDERED AND ADJUDGED**.

In San Juan, Puerto Rico, on this 30th day of September, 2024.

ADA I. GARCIA-RIVERA, ESQ., CPA
Clerk of the Court

By: *S/Glorimar Rivera*
    Glorimar Rivera, Deputy Clerk